# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Albright, Alan D. | 2. Court or Organization<br><br>Texas Western District Court | 3. Date of Report<br><br>06/03/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>800 Franklin<br>Waco Texas 76701 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Waco Inn of Court |
| 2. | Member | Texas Bar Foundation |
| 3. | Member | American Bar Foundation |
| 4. | Member | American College of Trial Lawyers |
| 5. | Member | Austin IP Inn of Court |
| 6. | Member | American Board of Trial Attorneys |
| 7. | Partner | Bracewell LLP |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Bracewell LLC | $346,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | American Century Short Duration Fund Class A | A | Dividend | | | Sold | 04/12/18 | P1 | | |
| 2. | artisan global opp Fd advisor shares | A | Dividend | J | T | | | | | |
| 3. | Bridgeway aggressive investor I portfolio | A | Dividend | J | T | | | | | |
| 4. | Capital World Growth & Income Fund Class A | A | Dividend | K | T | | | | | |
| 5. | Charles Schwab Bank cash account | A | Interest | K | T | | | | | |
| 6. | cohen & Steers PFD SEC&Inc CL 1 | A | Dividend | J | T | | | | | |
| 7. | Dodge & Cox international stock fund | A | Dividend | K | T | | | | | |
| 8. | double line total return fund instl | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 9. | | A | Dividend | | | Sold | 11/27/18 | J | | |
| 10. | Dreyfus General Money Market Fund Class B | A | Dividend | K | T | | | | | |
| 11. | Dreyfus Insured Deposit Program NML Brokerage money market | A | Interest | K | T | | | | | |
| 12. | Fidelity Advisors New Insights Fund | A | Dividend | K | T | | | | | |
| 13. | Fundamental investors F2 | A | Dividend | J | T | | | | | |
| 14. | Fundamental Investors Class A | A | Dividend | L | T | | | | | |
| 15. | Goldmam Sachs Strategic Income CL 1 | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 16. | | | | | | Sold | 11/27/18 | J | | |
| 17. | Guggenheim Macro Opportunites Fund Class Institutional | A | Dividend | | | Sold (part) | 02/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | | | Sold | 11/27/18 | J | | |
| 19. Invesco Balanced Risk Allocation Fund Y | A | Dividend | | | Sold (part) | 2/5/18 | J | | |
| 20. | A | Dividend | | | Sold | 11/27/18 | J | | |
| 21. invesco emerging markets sovereign debt etf | A | Dividend | | | Sold | 06/22/18 | K | C | |
| 22. isahres CORE MSCI EAFE ETF | A | Dividend | | | Sold | 09/26/18 | J | | |
| 23. ishares CORE msci emerging markets etf | A | Dividend | | | Sold | 09/26/18 | K | | |
| 24. ishares MSCI EAFE ETF | A | Dividend | L | T | | | | | |
| 25. ishares treasury bond etf | A | Dividend | | | Sold (part) | 02/23/18 | J | A | |
| 26. | | | | | Sold (part) | 09/21/18 | J | | |
| 27. | | | | | Sold | 12/17/18 | J | | |
| 28. ishares US treasury bond etf | A | Dividend | | | Sold (part) | 2/23/18 | J | | |
| 29. | | | | | Sold (part) | 09/21/18 | J | | |
| 30. | | | | | Sold | 9/26/18 | J | | |
| 31. Invesco emerging markets sovereign debt etf | A | Dividend | | | Sold (part) | 06/22/18 | J | C | |
| 32. | A | Dividend | | | Sold | 09/26/18 | J | | |
| 33. invesco balanced risk allocation Fund Y | A | Dividend | | | Sold | 11/27/18 | J | | |
| 34. JPMORGAN strategic income opportuniteis fund class 1 | A | Dividend | | | Sold (part) | 02/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/27/18 | J | | |
| 36. Loomis Sayles Bond Inst (f/k/a Loomis Sayles Bond Fund Retail Class) | A | Dividend | K | T | | | | | |
| 37. Metropolitan West Total Return Bond Fund Class 1 | A | Dividend | K | T | | | | | |
| 38. MFS Intl New Discovery Fund 1 | A | Dividend | K | T | | | | | |
| 39. Micron | A | Dividend | J | T | | | | | |
| 40. New Perspective Fund-A | A | Dividend | L | T | | | | | |
| 41. new world funds f2 | A | Dividend | J | T | | | | | |
| 42. northwestern mutual life IRA | A | Dividend | J | T | | | | | |
| 43. northwestern mutual life adjustable complife | A | Dividend | M | T | | | | | |
| 44. northwestern mutual life variable whole life | A | Dividend | L | T | | | | | |
| 45. northwestern mutual life variable whole life | A | Dividend | L | T | | | | | |
| 46. northwestern mutual life variable whole life | A | Dividend | J | T | | | | | |
| 47. oarkmark international fund class 1 | A | Dividend | J | T | | | | | |
| 48. oppenheimer developing markets fund | A | Dividend | J | T | | | | | |
| 49. PGIM absolute return bond CL Z | A | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 50. | | | | | Sold (part) | 11/27/18 | J | | |
| 51. Pimco Income Fund Class P | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - 100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco total return fund class p | A | Dividend | J | T | | | | | |
| 53. Pioneer Dynamic credit fund class Y | A | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 54. | | | | | Sold (part) | 11/27/18 | J | | |
| 55. Pioneer Multi asset ulstrashorts income income fund class y | A | None | | | Sold (part) | 02/05/18 | K | | |
| 56. | A | None | | | Sold | 11/27/18 | J | | |
| 57. Putnam short Duration Income Fund Y | A | Dividend | J | T | Sold (part) | 02/05/18 | K | | |
| 58. | | | | | Sold (part) | 11/27/18 | J | | |
| 59. schwab US large Cap value etf | A | Dividend | | | Sold | 09/26/18 | J | B | |
| 60. schwab US broad MKT ETF | A | Dividend | | | Sold (part) | 06/22/18 | J | A | |
| 61. | | | | | Sold (part) | 09/21/18 | J | A | |
| 62. | | | | | Sold | 09/26/18 | J | B | |
| 63. SPDR nuveen bloomberg barclays municipal bond etf | A | Dividend | | | Sold | 09/26/18 | J | | |
| 64. SPDR Portfolio Inter Term Corporate Bond ETF | A | Dividend | | | Sold | 11/09/18 | J | | |
| 65. T. Rowe Price Emerging Markets | A | Dividend | J | T | | | | | |
| 66. UBS Traditional IRA | A | Interest | J | T | | | | | |
| 67. UBS bank USA deposit balance | | None | K | T | | | | | |
| 68. van eck index y (f/k/a Van Eck Vectors JPmorgan EM lcl curr bond etf | A | Dividend | | | Sold | 02/23/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard equity income funds admiral shares | A | Dividend | K | T | | | | | |
| 70. vanguard inflation protected fund admiral shares | A | Dividend | J | T | | | | | |
| 71. vanguard large cap index fund admiral shares | A | Dividend | K | T | | | | | |
| 72. vanguard limited term tax exempt fund | A | Dividend | J | T | | | | | |
| 73. vanguard mid cap index inv fund | A | Dividend | K | T | | | | | |
| 74. Vanguard Mid-Cap Stock Index | A | Dividend | K | T | | | | | |
| 75. vanguard reit index fund admiral shares | A | Dividend | J | T | | | | | |
| 76. Vanguard Small Cap Index Inv | A | Dividend | K | T | | | | | |
| 77. vanguard small cap index inv | A | Dividend | J | T | | | | | |
| 78. vanguard short term investment grade A | A | Dividend | K | T | | | | | |
| 79. vanguard target retirement 2025 | A | Dividend | M | T | | | | | |
| 80. Vanguard Total Stock MKT etf | A | Dividend | | | Sold | 09/26/18 | K | C | |
| 81. vanguard total world stk etf | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albright, Alan D. | 06/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan D. Albright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544